**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| DOE 8, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>THE DEVEREUX FOUNDATION (d/b/a DEVEREUX ADVANCED BEHAVIORAL HEALTH) and QUALITYHEALTH STAFFING, LLC,<br><br>    Defendants. | Case No. 2:23-cv-05131-AB<br><br>Judge Anita B. Brody<br><br>Electronically Filed |

**JOINT MOTION TO STAY**

Defendants The Devereux Foundation (d/b/a Devereux Advanced Behavioral Health) and QualityHealth Staffing, LLC (collectively, "Devereux") and Plaintiffs Jane Doe 8, Jaime Torres, Jacob Wright, Molly Brandon, John Doe 5, and John Doe 6 respectfully request that this Honorable Court stay the deadlines set forth in the Scheduling Order dated October 20, 2025 (Dkt. 32) and aver as follows:

1.     Plaintiffs commenced this action on December 27, 2023, alleging individual personal injury claims against Devereux.

2.     Devereux filed an Answer to the Complaint (Dkt. 28) on February 27, 2024.

3.    The parties have exchanged written discovery and have worked diligently to complete discovery in a timely manner, consistent with the Court's scheduling order (Dkt. 32).

4.    The parties are currently engaged in settlement negotiations to resolve Plaintiffs' claims and require additional time to complete those negotiations.

5.    To facilitate the ongoing settlement efforts, the parties request that the Court enter a stay of all case deadlines for 120 days. The parties anticipate updating the Court on the status of the claims at issue in this case or filing stipulations of dismissal of Plaintiffs' claims within 120 days.

6.    A proposed Order to this effect is filed herewith.

Dated: January 16, 2026                    Respectfully submitted,

*/s/ Joseph B. Kenney*
**SAUDER SCHELKOPF LLC**
Joseph G. Sauder
Matthew D. Schelkopf
Joseph B. Kenney
1109 Lancaster Ave
Berwyn, PA 19312
Phone: (610) 200-0580
Facsimile: (610) 421-1326

**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
Annika K. Martin (admitted pro hac vice)
Jessica A. Moldovan (admitted pro hac vice)

*/s/ Cameron M. Redfern*
**STRADLEY RONON STEVENS & YOUNG, LLP**
Joseph McHale, Esquire (ID #65706)
Great Valley Corporate Center
30 Valley Stream Parkway
Malvern, PA  19355
T:  610.640.5800
F:  610.640.1965

Michael J. Engle, Esquire (ID #85576)
Michael J. Wise, Esquire (ID # 322890)
Cameron M. Redfern, Esquire (ID #327574)
2005 Market Street, Suite 2600

2

250 Hudson Street, 8th Floor
New York, NY 10013
Phone: (212) 355-9500
Facsimile: (212) 355-9592

Mark Chalos (admitted pro hac vice)
222 2nd Ave, Suite 1640
Nashville, TN 37201
Phone: (615) 313-9000
Facsimile: (615) 313-9965

Kelly M. Dermody (admitted pro hac vice)
Phong-Chau Nguyen (admitted pro hac vice)
275 Battery Street, 29th Floor
San Francisco, CA 94111
Phone: (415) 956-1000
Facsimile: (415) 956-1008

*Counsel for Plaintiffs*

Philadelphia, PA  19103
T:  215.564.8000
F:  251.564.8120

*Counsel for Defendants*

3