**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| DOE 8, et al., | Case No. 2:23-cv-05131-AB |
| Plaintiffs, | Judge Anita B. Brody |
| v. | Electronically Filed |
| THE DEVEREUX FOUNDATION (d/b/a DEVEREUX ADVANCED BEHAVIORAL HEALTH) and QUALITYHEALTH STAFFING, LLC, | |
| Defendants. | |

**[PROPOSED] ORDER**

**AND NOW**, this _____ day of _____, 2026, upon consideration of the parties' Joint Motion to Stay ("Motion"), with the parties in agreement and the Court being duly advised and finding good cause for the same, the Motion is hereby granted. All deadlines in this litigation shall be stayed for 120 days from the date of this Order.

Dated: _____          _____
                                                          ANITA B. BRODY, J.
                                                          United States District Judge