IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RAEKWON THOMAS,<br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>THE DEVEREUX FOUNDATION, doing business as "DEVEREUX ADVANCED BEHAVIORAL HEALTH,<br>　　　　　Defendant. | CIVIL ACTION<br><br><br><br>NO.  22-2166 |
| JANE DOE 8,<br>JAIME TORRES,<br>JACOB WRIGHT,<br>MOLLY BRANDON,<br>JOHN DOE 5, a minor by and through his parent,<br>JOHN DOE 6, a minor by and through his parent,<br>　　　　　Plaintiffs,<br><br>　　　　v.<br><br>THE DEVEREUX FOUNDATION, doing business as "DEVEREUX ADVANCED BEHAVIORAL HEALTH,"<br>　　　　　Defendant. | CIVIL ACTION<br><br><br><br>NO.  23-5131 |

# O R D E R

AND NOW, this 3rd day of August, 2026, IT IS ORDERED that all final papers in the above captioned cases shall be submitted on or before August 14, 2026.

IT IS FURTHER ORDERED that a video status conference is SCHEDULED for September 1, 2026, at 11:00 a.m.  Counsel for the parties shall participate using information which will be provided by Chambers.

BY THE COURT:

/s/ Hon. Kelley B. Hodge

_____

HODGE, KELLEY B., J.