**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **JANE DOE 8,**<br>**JAIME TORRES,**<br>**JACOB WRIGHT,**<br>**MOLLY BRANDON,**<br>**JOHN DOE 5, a minor by and through his parent,**<br>**JOHN DOE 6, a minor by and through his parent,**<br><br>                    **Plaintiffs,**<br><br>            **v.**<br><br>**THE DEVEREUX FOUNDATION, doing business as "DEVEREUX ADVANCED BEHAVIORAL HEALTH,"**<br>                    **Defendant.** | **CIVIL ACTION**<br><br><br><br>**NO.  23-5131** |

# O R D E R

**AND NOW**, this 13th day of August, 2026, upon consideration of the joint status report of the parties,[1] **IT IS ORDERED** that, on or before **August 25, 2026**, the parties shall submit their respective proposals for scheduling of further proceedings.  The Court will issue a schedule following the video status conference scheduled for September 1, 2026.

                    **BY THE COURT:**

                    **/s/ Hon. Kelley B. Hodge**
                    _____
                        **HODGE, KELLEY B., J.**

---

[1] A copy of the joint status report dated August 12, 2026, shall be docketed **UNDER SEAL** by the Deputy Clerk.