**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **JANE DOE 8,**<br>**JAIME TORRES,**<br>**JACOB WRIGHT,**<br>**MOLLY BRANDON,**<br>**JOHN DOE 5, a minor by and through his parent,**<br>**JOHN DOE 6, a minor by and through his parent,**<br>**Plaintiffs,**<br><br>**v.**<br><br>**THE DEVEREUX FOUNDATION, doing business as "DEVEREUX ADVANCED BEHAVIORAL HEALTH,"**<br>**Defendant.** | **CIVIL ACTION**<br><br><br><br>**NO. 23-5131** |

**SCHEDULING ORDER**

**AND NOW**, this **2nd** day of **September, 2026**, following a status conference with the parties, through counsel, on September 1, 2026, **IT IS ORDERED** that the case shall proceed on the following schedule:

1. Initial Disclosures under Federal Rule of Civil Procedure 26(a)(1) are complete.

2. On or before **September 11, 2026**, the parties through counsel shall submit a joint status report as to whether Defendant has provided a response to Plaintiffs' demand. Counsel for Plaintiffs shall include in the joint report the status of the Plaintiff identified in the status conference ("Plaintiff A", as identified by the Court) who has failed to remain in contact or be responsive to Counsel; and (b) whether said "Plaintiff A" intends to continue prosecuting the case.

3. On or before **December 1, 2026**, the parties must submit a joint status report as to the status of discovery and potential settlement.

4. All remaining fact discovery shall proceed forthwith and continue in such a manner as will assure that all requests for, and responses to, discovery will be served, noticed, and completed by **February 1, 2027.**

5. On or before **March 3, 2027**, the parties shall exchange curriculum vitae and reports of expert witnesses. Any responses or rebuttal reports to expert witness discovery shall be produced on or before **April 2, 2027**.

6. All expert discovery, including all depositions of expert witnesses, shall be completed by **May 3, 2027**.

7. Any motions for summary judgment and *Daubert* motions shall be filed and served on or before **June 2, 2027**. Any responses to summary judgment and *Daubert* motions shall be filed and served on or before **July 2, 2027**. The parties shall comply with Judge Hodge's Policies and Procedures which are located at https://www.paed.uscourts.gov.

8. On or before **February 1, 2027**, the parties, through counsel, shall submit a joint report to the Court as to whether they believe a settlement conference before a magistrate judge, or some other form of alternative dispute resolution, would be of assistance in resolving the case.

**BY THE COURT:**

**/s/ Kelley B. Hodge**

______________________________

**HODGE, KELLEY B., J.**