**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **JANE DOE 8,**<br>**JAIME TORRES,**<br>**JACOB WRIGHT,**<br>**MOLLY BRANDON,**<br>**JOHN DOE 5, a minor by and through his parent,**<br>**JOHN DOE 6, a minor by and through his parent,**<br>**Plaintiffs,**<br><br>**v.**<br><br>**THE DEVEREUX FOUNDATION, doing business as "DEVEREUX ADVANCED BEHAVIORAL HEALTH,"**<br>**Defendant.** | **CIVIL ACTION**<br><br>**NO. 23-5131** |

**O R D E R**

**AND NOW**, this **14th** day of **September, 2026**, upon consideration of Lieff Cabraser Heimann & Bernstein, LLP, and Sauder Schelkopf LLC's (collectively, "Counsel for Plaintiff Torres") Notice of Unopposed Request for Leave to Withdraw as Counsel ("Request for Leave to Withdraw") (ECF No. 49), it is **ORDERED** that, within **seven (7) days** of this Order, Counsel for Plaintiff Torres shall provide a supplemental response to the Court articulating, without revealing client confidence, further detail as to the basis for the requested leave to withdraw.[1]

**BY THE COURT:**

**/s/ Hon. Kelley B. Hodge**

**HODGE, KELLEY B., J.**

---

[1] The Court notes that preliminary concerns about the attorney-client relationship between Plaintiff Torres and counsel were raised at the status conference held on September 2, 2026. However, the Court does not have the basis for withdrawal in writing or in a recorded hearing. Accordingly, the Court issues the present Order so a sufficient basis that includes citation to the ethical considerations of counsel are clearly stated.