**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **JANE DOE 8,**<br>**JAIME TORRES,**<br>**JACOB WRIGHT,**<br>**MOLLY BRANDON,**<br>**JOHN DOE 5, a minor by and through his parent,**<br>**JOHN DOE 6, a minor by and through his parent,**<br>**Plaintiffs,**<br><br>**v.**<br><br>**THE DEVEREUX FOUNDATION, doing business as "DEVEREUX ADVANCED BEHAVIORAL HEALTH,"**<br>**Defendant.** | **CIVIL ACTION**<br><br><br>**NO. 23-5131** |

**O R D E R**

**AND NOW,** this 22nd day of September, 2026, upon consideration of Lieff Cabraser Heimann & Bernstein, LLP, and Sauder Schelkopf LLC's Notice of Unopposed Request for Leave to Withdraw as Counsel ("Request for Leave to Withdraw") (ECF No. 49), and Counsel's letter to the Court dated September 21, 2026,[1] it is **ORDERED** that the Request for Leave to Withdraw is **GRANTED** such that, based on a breakdown in communication in the attorney-client relationship, Counsel no longer represent Plaintiff Jaime Torres in this matter. Plaintiff Torres shall have **sixty (60) days** from the date of this Order to file a status report indicating if he intends to proceed with prosecuting this case and, if so, either have new counsel enter an appearance or otherwise inform the Court that he will proceed *pro se* and without new counsel.

[1] Counsel's September 21, 2026, letter to the Court shall be docketed as an attachment to this Order.

It is **FURTHER ORDERED** that Counsel shall send a copy of this Order to Plaintiff Torres via certified mail and via email **within seven (7) days** of this Order and, **within three (3) days** of doing so, provide confirmation thereof to the Court.[2]

**BY THE COURT:**

**/s/ Hon. Kelley B. Hodge**

**HODGE, KELLEY B., J.**

[2] The Court instructs Lieff Cabraser Heimann & Bernstein, LLP, and Sauder Schelkopf LLC to do so because no contact information or mailing address for Plaintiff Torres has been provided nor is available on the docket.